IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-347-RJC-DCK

| | |
|---|---|
| TENCATE ADVANCED ARMOR USA, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BARRDAY CORP., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Edward F. Hennessey IV, concerning William J. Egan, on September 1, 2022. William J. Egan seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. William J. Egan is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 1, 2022

David C. Keesler
United States Magistrate Judge