IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-347-RJC-DCK

| | |
|---|---|
| TENCATE ADVANCED ARMOR USA, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BARRDAY CORP., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Wade Leach, concerning Graham Stieglitz, on September 6, 2022. Graham Stieglitz seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Graham Stieglitz is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 6, 2022

David C. Keesler
United States Magistrate Judge